**CLAPP MORONEY | VUCINICH | BEEMAN SCHELEY**
A PROFESSIONAL LAW CORPORATION

April 27, 2016

Reply to: San Bruno
**Jeffrey M. Vucinich, Partner**
jvucinich@clappmoroney.com

**VIA EMAIL ONLY**

The Honorable Joseph C. Spero
Chief Magistrate Judge
United States District Court,
Northern District of California
Courtroom G, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94012
via email: JCSPO@cand.uscourts.gov

Re:   **Chang, Thomas, et al. v. City of Pacifica, et al.**
United States District Court, Northern District of CA Case No. 4:15-CV-04591-SBA
Our File No.:  0539-05196

Dear Judge Spero:

The undersigned represents the City of Pacifica and its officers in the above-referenced case which has been referred to Your Honor for settlement purposes. Following our telephonic conference on April 25, 2016, we were informed by City of Pacifica's current Chief of Police, Dan Steidle, that he is not available on the settlement conference date (July 28, 2016) as he will be in San Diego that week as part of an ongoing 18-month "Command College" he is taking through the California Commission on Peace Officer Standards and Training (POST).

For this reason, we respectfully request that Your Honor excuse Chief Steidle from personally appearing at the settlement conference on July 28, 2016. In his place, we will have former Chief of Police Jim Tasa and Captain Joe Spanheimer in attendance, who were both directly

G:\Data\DOCS\0539\05196\042716ltr.judge_spero.wpd

www.clappmoroney.com

SAN FRANCISCO
■ 505 Montgomery St.
11th Floor
San Francisco, CA 94111
TEL 415.874.3562
FAX 415.874.3627

EAST BAY/CENTRAL VALLEY
■ 6130 Stoneridge Mall Road
Suite 275
Pleasanton, CA 94588
TEL 925.734.0990
FAX 925.734.0888

SAN JOSE/MONTEREY
■ 2033 Gateway Place
5th Floor
San Jose, CA 95110
TEL 408.292.2378
FAX 408.292.8063

PENINSULA
■ 1111 Bayhill Drive
Suite 300
San Bruno, CA 94066
TEL 650.989.5400
FAX 650.989.5499

SACRAMENTO
■ Esquire Plaza
1215 K Street, 17th Floor
Sacramento, CA 95814
TEL 916.503.2242
FAX 916.503.2401

LOS ANGELES
■ 515 S. Flower Street
36th Floor
Los Angeles, CA 90071
TEL 213.236.3760
FAX 213.236.3501

The Honorable Joseph C. Spero
Chief Magistrate Judge
April 27, 2016
Page 2

involved in the subject incident and its aftermath. The City Attorney for Pacifica will also be in attendance.

      Thank you for your attention and consideration to the foregoing. We look forward to hearing from Your Honor soon.

Dated: 4/28/16

**IT IS SO ORDERED**
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Very truly yours,

Jeffrey M. Vucinich

JMV:cg

cc:    Russell A. Robinson, Esq.
       Law Offices of Russell A. Robinson
       rlaw345@gmail.com
       **Attorney for Plaintiffs**

       Todd H. Master, Esq.
       Howard, Rome, Martin & Ridley LLP
       tmaster@hrmrlaw.com
       **Attorneys for Daly City, et al.**